ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
MAY 16 2008
U.S. COURT OF FEDERAL CLAIMS

The Salt River Pima-Maricopa Indian Community, itself and on behalf of its Members, and Dorinee Ann Andrews, Thelma "Tammie"Kisto, Ronald Leo Mack, Delberta Phillips, Lawrence John Robinson, and Willardine Ione Sampson, on behalf of Themselves and As Representatives of All Others Similarly Situated, and
Delia Acevedo,
Darayne Raenell Achin,
Geraldine Connie Allen,
Gladine Allison,
Delmar John Allison,
Austin Anderson, Jr.,
Burdina Amy Andrews,
Dorine Ann Andrews,
Michael Leon Andrews, Jr.,
William Brady Andrews,
Selma A. Andrews,
Johanna Jean Andrews,
Sylvia Jane Anton,
Melvin Cheerless Anton,
Antoinette Monica Antone,
Karenina Julie Antone,
Lola Annette Antone,
Ruth Victoria Antone,
Gary Eric Antone,
Rena Rose Antone,
Zenia May Arthur,
Kandis Dee Balderrama,
Darlene Banashley,
Carol Jean Baptisto,
Yvonne Logan Barley,
Jerome Dirk Barley, Jr.,
Armando Barley, Sr.,
Adam Boston IV,
Jennifer Ann Breckenridge,
Corrida Mae Brown,
Veronica Ann Monge Bryant,
Berdina Burke,

No. 08-354 C

Christin Ellen Burns, )
Harlen Gene Burns, )
Judy Ann Burns, )
Valentino B. Burns, )
Lansford Grady Burns, )
Donna Kay Burns, )
Carmen Renee Burns, )
Lansford E. Burns, )
Steven Rodney Burns, )
Don Milton Burns, )
Deanna Loy Burns, )
Londo Burns, )
Gary Eugene Burns, Sr., )
Stephanie E. Burns-Soliz, )
Mary Louise Cadavas, )
Arthur Edison Cameron, )
Winona Cameron Caraway, )
Laurie Kay Carlisle, )
Durand Carlisle, )
Corey Edward Carlyle, )
Barbara Ann Carrillo, )
Anthony Cashoya Sr., )
Olympia Chiago, )
Martin Chiago, )
Sanford Darrell Chiago, )
Neil Lyle Chiago, )
Clara F. Chiago, )
Diana Carol Churchill, )
John D. Collins III, )
Allyson Crystina Collins, )
Cynthia Sue Coops, )
Marvin Gerod Coops, )
Veronica Jean Coops, )
Debbie Marie Coops, )
Barbara Ann Coops, )
Gladys Joann Cortez, )
Elva Lynn Craig, )
Ricky Lee Davis, )
Kimberly Anne Davis, )
Marla Jolene Davis, )
Kristy Lynn Davis, )
Michelle Renee Davis, )
Noreen K. Davis, )
Dawn Lee Davis, )
Leroy P. Davis, Sr., )

Brenda Lee De Mers, )
Donald Ray Dean, )
Anthony Dean, )
Stephanie Georgina Dean, )
Cheryl Jan Dugan, )
Wallace Dugan, Jr., )
Kirby Clinton Dugan, Sr., )
Darius Francis Edwards, )
Muranda Arlene Emerson, )
Brenda Joyce Enas, )
Burleigh Enas, )
Lucinda Lorena Enas, )
Adrienne Enas, )
David E. Enas, )
Arlo Rodney Eschief, )
Hazel Joyce Escobedo, )
Veronica Edwina Figueroa, )
Keilani Lynn Flores, )
Cynthia M. Flores, )
Gary Edward French, )
Connie Sue French, )
Raymond Herman French, )
Marja Liisa French, )
Patricia A. Fulwilder, )
Madzina Johnson Galvan, )
Rocynthia Gail Garcia, )
Luciana Juan Garza, )
Gilbert Juan Garza, )
Leroy Juan Garza, )
Samuel Juan Gasdia, )
Epifanio Gonzales, )
Reuben Gonzales, )
Daniel Woodrow Gonzales, )
John Gonzales, )
Thomas Michael Gonzales, )
Ralph Gonzales, )
Henry Denton Gonzales, )
Jamie Trinidad Gonzales, Jr., )
Alfred Gonzales, Jr., )
Paula Jolene Gonzalez, )
Wilma Cameron Goodrich, )
Geneva Ann Goodwin, )
Debra Grajales, )
Diane Elaine Grijalva, )
Martin Gary Harris, )

Ambrose Harris, )
Alfred Gregg Harris, )
Raymond Harris, )
Darrell Keith Harris, )
Victoria Ann Harrison, )
Ruth Harvier, )
William Carlyle Haynes, )
Amy E. Hernandez, )
Eliseo Ramon Hernandez, )
Frelan Joe Howard, )
Perry Allen Howard, )
Rechanda Jacquelyn Howard, )
Reginald Iry Howard, )
Steven James Hunt, )
Johnny Dave Jackson, )
Bonita Monica Jackson, )
Danielle Lee Jackson, )
Shannon Christy Jackson, )
Melinda Jackson, )
Jill Jackson, )
Kenny Jackson, )
Doobie Jackson, )
Milburn Victor Jackson, )
Anne Jackson, )
Lisa Jackson, )
Orrin Alfred Jackson, )
Turnner Gene Jackson, )
Cornel Jackson, )
Laura Marie Jackson, )
Derek Percy Jackson, )
Kathleen Jackson-Norris, )
Daniel Owen James Molina, )
Cindy Ann James, )
Joyce Ann Jefferson, )
Donna Mae Johns, )
Phyllis Ann Johns, )
Peggy Ann Johns, )
Marvin Jack Johns, )
Robert Dewitt Johns, Jr., )
Amanda Gerry Johnson, )
Gerard Johnson, )
Gardell Johnson, )
Mary Ann Johnson, )
Garland Johnson, )
Kenny Johnson, )

April Lynn Johnson, )
Diana Johnson, )
Leslie Roland Johnson, Sr., )
Delores Kay Jose, )
Kevin Duane Jose, )
Winston Earl Jose, Jr., )
Helena Joyce Jose-Krech, )
Alberta P. Juan, )
Rema Juste, )
Deann Geraldine J. Kavoka, )
Lorrain Kavoka, )
Edward Henry Kavoka, )
Arthur Kavoka, )
Christopher Kavoka, )
Sarah M. Kavoka-Valenzuela, )
Ricardo Dell King, )
Patricia King, )
Judy Ann King, )
Phyllis Georgena King, )
Frances E. Kisto, )
Herschell Dean Kisto, )
Thelma Kisto, )
Bernadine Lewis Kisto, )
Lorna Ruth Klose, )
Janet Marie Kyyitan (White), )
Denise Fredericka Leonard, )
Donald Patricia Leonard, )
Aurelia Mae Lewis, )
Myrna Lewis, )
Eric Lewis, )
Cyrus Langsford Lewis, )
Pamela D. Lewis, )
Sharon Kay Lewis, )
Barnaby V. Lewis, )
Hazel Gilda Lewis, )
Tracy Wayne Lewis, )
Mateo Theo Lewis, )
Doris Cecelia Lewis, )
Edward Jay Lewis, )
Bonnie Kay Lewis, )
Calvin Arian Lewis, )
Verigan Ruben Lewis, )
Alvin Dwayne Lewis, )
Roxie Anna Lewis, )
Lancelot D. Lewis, )

Julia Ann Lewis, )
Erica Renee Lewis, )
Monroe Lewis, )
Ray Clavenger Lewis, Jr., )
Florice Madelyne Lewis-Shaw, )
Caroline Susan Leyva-Coops, )
Charlene E. Lopez (Jackson), )
Avery Allen Losey, )
Roselene Janell Lovelace, )
Gloria Jeanetta Ludlow, )
Bobbie Rose Lyons, )
Ronald Leo Mack, )
Curtis Mack, )
Beatrice Marie Mack, )
Aaron Joseph Mack, )
Janice Makil, )
Thomas Makil, Jr., )
Leona Iris Maldonado, )
Beverly Jean Manuel Juan, )
Erwin T. Manuel, )
Sharon Cough-Manuel, )
Rosemary Morreo Manuel, )
Coleman K. Manuel, )
Yolanda Lynn Manuel, )
Allen Roderick Manuel, )
Eric Shane Manuel, )
Charlene Sue Manuel, )
Glenda Louise Manuel, )
Shirlene Eleanor Manuel, )
Gary T. Manuel, )
Brenda Elaine Manuel, )
Benton Manuel, )
Royce Manuel, )
Bonnie Lou Manuel, )
Elliot Manuel, )
Milton Francis Manuel, )
Lalena Jae Manuel, )
Janice Faith Manuel, )
Barton Manuel, )
Sterling Manuel, Sr., )
Delroy Manuel, Sr., )
Gilbert G. Manuel, Sr., )
Julia Dorothea Marrietta, )
Edwin Claude Marrietta, )
Anthony Robert Marrietta, )

Vera Jane Marrietta, )
Donna Belva Marrietta, )
Permelia E. Marrietta, )
Belva Jean Martinez Sampson, )
Richell Chandrez Martinez, )
Joseph Lee Matthews, )
Eleanor Lewis Matthews, )
Eric Matthews, )
Darin Keith Matthews, )
Harlan D. Mcdonald, )
Everett L. Mcdonald, )
Richard McDonald, )
Dorene McDonald-Gutierrez, )
David McKay, )
Laurie Ann Memson, )
Michelle Lenora Memson, )
Agnes Lorayy Miguel, )
Andrew Lemuel Miguel, )
Desiree Michele Miguel, )
Alberta Peters Miguel, )
Dinah Lynne Miguel, )
Mary Denise Miguel, )
Jeanette Lucille Milda, )
Melvin Frederick Milda, )
Ethel Leona Miles, )
Denny Lee Miles, )
Kervin Miles, )
Gabriel Wayne Miles, )
Lana Raye Molina, )
Virgil Ray Molina, Sr., )
Valentino Noriega Monge, )
Vanessa Anna Monge, )
Virginia Ann Monge, )
Violet Ann Monge, )
Vincent A. Monge, )
Madeline Moristo, )
Gail Normal Mull, )
Delores Clair Munoz, )
Deljean Lois Narcia, )
Alta Jean Navarro, )
Johanna Marie Norris, )
Justin Lee Norris, )
Jason Dana Norris, )
Sophia Marie Norris, )
Dylan Joseph Norris, )

Sandra Kay Norton, )
Jesse Walter Orbina, )
Benrita Ortiz, )
Raymond Lamont Osif, )
Timi Marie Osif, )
Larry Osif, )
Colleen Kaye Osif, )
Norman Osif, Jr., )
Percy Lee Osif, )
Juanita Faye Pablo, )
Arlene Leona Pacheco, )
Leroy Patrick, Jr.
Kent George Paul, )
Jennifer Edna Paul, )
Edwin L. Paul, Jr., )
Patricia Iris Pearson, )
Tammie Peeples, )
Roberta Perez, )
Betty Louise Perez, )
Gladys Dorothy Perkins, )
Delberta Phillips, )
Marshall Darryl Phillips, )
Brady Ira Phillips, )
Russell Leroy Phillips, )
Bessie Ann Phillips, )
Christopher Regis Phillips, Sr., )
Cynthia Pinckney, )
Mark Porter, )
Valencia Bentina Ramon, )
Christina Ray, )
Kerry Gene Ray, )
Russell Clinton Ray, )
Delbert Warren Ray, Sr., )
Clifford Evans Ray, Jr., )
Harry John Ray, Jr., )
Jonah Fred Ray, Jr., )
Stephanie Renteria, )
Effrem Emory Rhoades, )
Eric Floyd Rhoades, )
Harrison W. Rhoades, )
Effie Lee Rhoades, )
Ethel Lorna Rhoades, )
Lisa Marie Rhoades-Soqui, )
Emaline Etta Rhodes, )
Deven Arless Richards (Spex), )

Harlan Richards, )
Hernandez Felix Richards, )
Michael Amos Richards, )
Georgina Richards, )
Amanda Ellen Rivers, )
Theodore Eugene Rivers, )
Gloria Gale Rivers, )
Anita Rivers, )
Leonard Gilbert Rivers, )
Hazel Juanita Rivers, )
Evelyn Sue Rivers, )
Linda Ann Rivers, )
Mervin Lee Roberts, )
Lawrence John Robinson, )
Marilyn Robles, )
Sheila Lavonne Romero, )
Rosanna Roy, )
Susan Jane Roy, )
Randall Leontine Ruiz, )
Ardell Augustus Ruiz, )
Blodwin Lee Ruiz-Curran, )
Lawanda Lucille Ruiz-McBroom, )
Yolanda Joyce Ruiz-Wilson, )
Elmira J. Russell, )
Carlotta June Salinas, )
Willard Gordon Sampson III, )
Lina Pablo Sampson, )
Timothy Joel Sampson, )
Joyce Marlene Sampson, )
Bradford Dale Sampson, )
Willardine Ione Sampson, )
Lynford Ray Sampson, )
Tammy Lois Sampson, )
Jonathan Peter Sampson, )
Vernice Cheryl Sampson, )
Chris Georgette Sampson, )
Monica Gayle Sampson, )
Jeanie Lee Sanchez-Chiago, )
Louis Sandoval, )
Rosanna Sandoval, )
Audrey Angeline Santo, )
Burleigh Clevenger Saunders, Sr., )
Matthew David Saunders, Sr., )
Ryan Lee Schurz, )
Corrine Ann Sekayouma, )

Dennis Edmund Senich, )
Laura Gail Smith, )
Bernadette M. Smith, )
Roselyn Marie Smith, )
Dwayne Mitchell Smith, )
Larue Renee Smith, )
Lynwood Allen Smith, )
Corrine Smith-Sampson, )
April Ann Soos, )
Carol Lynne Soos, )
Vernita Faye Soto, )
Ernie Gilbert Stacey, )
Colleen Donna Stacey, )
Tracy Marie Stacey-Pope, )
Melvin Shaw Step, )
Amanda Cleo Stevens, )
Esther Helen Stifanos, )
Cedric Dean Stone, )
Mindy Stone, )
Alvin Anthony Stone, )
Verlinda Blue Stone, )
Everett P. Stone, Sr., )
Randy Larnell Stone, Sr., )
Deljean Moore Sundust, )
Garrett Lee Tahmahkera, )
Monroe Wilson Tahmahkera, )
Sheila Barbara Tanner, )
Carlton Henry Terry, )
Olga Laverne Terry, )
Danny Terry, )
Mary Ruhama Terry, )
Lee Fernando Terry, )
Caroline Joyce Terry, )
Leonard Cecil Terry, )
Lancer Richard Ansel Joseph Thomas )
Edward Franklin Thomas, )
Tyrone Dayton Thomas, )
Terrence Mendal Thomas, )
Laurie Thomas, )
Marcus Thomas, )
Barbara Thomas, )
Travis Carlton Thomas, )
Brooke Courtney Thomas, )
Gloria Ann Thomas, )
Crystal Marie Thomas, )

Jonathan Thompson, )
Pamela Thompson, )
Richard Dean Thompson, )
Edmund Leroy Thompson, Sr., )
Wilma Ruth Thurman (Pablo), )
Bryon Timer, )
Kathryn Toney, )
Nadine Torres, )
Angelita Mae Toya, )
Adeline Tracy, )
Danny Valencia Sr., )
Raymond Valencia, )
Laura Ann Valencia, )
Janell Fern Osif Valencia, )
Patrick Valencia, Sr., )
Lucille E. Thomas Valenzuela, )
Cecilia Ann Vasquez, )
Anthony Daniel Vavages, )
Myrna R. Vest, )
Gilmore Haynes Vest, )
Edmund Vest, )
Russell Anthony Vest, )
Betty Ann Vest, )
Marcianna Vest, )
Vernon Vest, )
Gloria Jean Vest, )
Rhonda Marie Vest, )
Wilbur Vest, Jr., )
Adele Mack Walker, )
Dorothy Walker, )
Leon Washington, )
Hubert Washington, )
Merle Jean Washington, )
Celestina Leona Washington, )
Allen Ray Washington, )
Janice Marie White, )
Gerald Thomas White, )
Leander Gabriel White, Jr., )
Daniel Williams, )
Gregory Williams, )
Gerald Williams, )
Clifford Williams, )
Tillman R. Williams, )
Barbara Wood, )
)

Plaintiffs, )
)
v. )
)
United States, )
)
Defendant. )
)

## COMPLAINT FOR DAMAGES

GENERAL NATURE OF THE ACTION

1. This action is one for money damages against the United States. As set out in more detail below, this case seeks redress for the Western Area Power Administration's ("WAPA") breach of duties arising out of a contract by which Plaintiff Salt River Pima-Maricopa Indian Community ("the Community") and various individual Indians, including those named as Plaintiffs in this action and/or their predecessors-in-interest, granted WAPA's predecessor-in-interest (the Bureau of Reclamation of the United States Department of Interior) a fifty-year right-of-way for the erection and operation of an electric transmission line on land held in trust for the benefit of the Plaintiffs. The right-of-way has now expired, and WAPA has taken none of the legally required steps to extend or renew it. The United States is liable to the Plaintiffs for the damages resulting from WAPA's continuing use and operation of the right-of-way after its expiration in breach of WAPA's contractual obligations.

THE PARTIES

2. The United States entered into the subject contract by and through the Bureau of Reclamation ("BOR"), WAPA's predecessor-in-interest. WAPA is an agency of the

United States Department of Energy charged with marketing and delivering electric power in a service area covering 1.3 million square miles in the Central and Western United States.

3. The Community is a federally recognized Indian tribe with more than 8,600 enrolled members. It is the beneficial owner of approximately 29.6178 acres of land included within the subject right-of-way. In this action, the Community represents both its own interests and, as a sovereign nation, under the *parens patriae* doctrine, the interests of its enrolled members and allottees who have been affected by WAPA's actions.

4. Class Representatives Dorine Ann Andrews, Thelma "Tammie" Kisto, Ronald Leo Mack, Delberta Phillips, Lawrence John Robinson, and Willardine Ione Sampson (collectively, the "Representatives"), as well as all members of the putative Class that they seek to represent, are (1) individual Indians who are eligible for federal services because of their status as Indians, (2) the beneficial owners of interests in allotted trust land included within the subject right-of-way, and (3) either the individual Indians who entered into the "Contract and Grant of Easement" creating the subject right-of-way or the successors-in-interest of those individual Indians, or the legal guardians of same. The Representatives were elected to serve in this capacity by popular vote of the putative Class members.

5. Representative Andrews is the beneficial owner of a 3.3333% interest in Allotment 06720, which consists of 19.9423 acres, 2.9971 of which are subject to the right-of-way.

6. Representative Kisto is the beneficial owner of a .3846% undivided interest in Allotment 87810, which consists of 4.9984 acres, 1.7737 of which are subject to the right-of-way.

7. Representative Mack is the beneficial owner of (1) a 22.2222% undivided interest in Allotment 91610, which consists of 4.9946 acres, 1.7434 of which are subject to the right-of-way; and (2) a 22.2222% undivided interest in Allotment 91710, which consists of 4.9941 acres, 1.7513 of which are subject to the right-of-way.

8. Representative Phillips is the beneficial owner of a 4.1667% undivided interest in Allotment 49020, which consists of 20.0302 acres, 3.5112 of which are subject to the right-of-way.

9. Representative Robinson is the beneficial owner of a 6.2500% undivided interest in Allotment 59920, which consists of 20.4741 acres, .3519 of which are subject to the right-of-way.

10. Representative Sampson is the beneficial owner of a .0549% undivided interest in Allotment 87810, which consists of 4.9984 acres, 1.7737 of which are subject to the right-of-way.

11. The individually named Plaintiffs are individual Indians who are (1) eligible for federal services because of their status as Indians, (2) the beneficial owners of interests in allotted trust land included within the subject right-of-way, and (3) either the individual Indians who entered into the "Contract and Grant of Easement" creating the subject right-of-way, the successors-in-interest of those individual Indians, or the legal guardians of same. The individually named Plaintiffs all fall within the putative Class and would prefer to proceed as members of a Class represented by the aforementioned Representatives. They plead individually in the alternative, and will proceed in that capacity only if the Court declines to certify the Class.

## JURISDICTION

12. As further explained below, this Court has jurisdiction pursuant to the Contract Disputes Act ("CDA"), 41 U.S.C. §§ 601, *et seq.* Alternatively, jurisdiction is proper under the Tucker Act and the Indian Tucker Act, 28 U.S.C. §§ 1491 and 1505.

13. The United States has waived its sovereign immunity under 28 U.S.C. §§ 1491 and 1505 and 41 U.S.C. §§ 601, *et seq.*

## FACTUAL BACKGROUND

14. On or about August 1, 1949, a project engineer with the Bureau of Reclamation ("BOR") executed a "Contract and Grant of Easement" between the United States and "Indian allottees" pursuant to which the United States was permitted "to construct, operate and maintain an electric transmission line" across certain allotted lands. A copy of the Contract and Grant of Easement is attached hereto as Exhibit 1.

15. On March 29, 1950, the Secretary of the Interior ("Secretary") provisionally authorized the BOR to survey and commence construction, at its own risk, of a single 230-kv transmission line across the Salt River Reservation. Construction began shortly thereafter.

16. On December 17, 1951, Commissioner of Indian Affairs D.S. Myer, a delegate of the Secretary, approved the transmission line right-of-way by endorsing his approval upon the map of definite location (the "Map"). A copy of this endorsed Map is attached hereto as Exhibit 2. Commissioner Myer's notation on the Map provided that the right-of-way was "approved for a period not to exceed 50 years from March 29, 1950." (*See* Ex. 2.)

17. Pursuant to statutes and regulations that were in effect at the time that the Contract was executed and thereafter, the contract was not final until approved by the

Commissioner. Additionally, regulations in place at the time of the Contract's approval limited all easements on Indian land to a term not to exceed fifty years.

18. The right-of-way traverses approximately 7.3 miles through the Salt River Reservation and is 125 feet in width. As compensation for this 7.3 mile long right-of-way, the United States paid the Community only $335.75 and paid the consenting allottees only $1,493.66. This equates to approximately $ .0004 per rod per year for the Community and approximately $ .0017 per rod per year for the allottees.

19. After the enactment of the Department of Energy Organization Act of 1977 (the "1977 Act"), the BOR's interest in the subject right-of-way was transferred to WAPA. (*See* 1977 Act, Pub. L. No. 95-91, 91 Stat. 578 (August 4, 1977), *codified at* 42 U.S.C. § 7152.)

20. The right-of-way expired by its terms on March 29, 2000. Yet WAPA failed to take any of the steps required by law to obtain its renewal. As a result, WAPA's continued occupation and use of the Plaintiffs' property without compensating the Plaintiffs or obtaining their consent is improper and contrary to law.

21. On October 31, 2007, the Community, acting on its own behalf and on behalf of all affected allottees, sent WAPA a letter demanding, *inter alia*, that WAPA immediately vacate the right-of-way, remove the transmission lines, and restore the affected property to its original condition on the ground that the right-of-way had expired. A copy of this letter is attached hereto as Exhibit 3.

22. WAPA failed to vacate the right-of-way or to notify the Community of any plans to do so in response to the Community's October 31, 2007 letter.

23. On November 6, 2007, the Community, again acting on behalf of itself and the affected allottees, sent WAPA a second letter, directed to the attention of WAPA's Contracting Officer, stating a certified claim for $9,511,372 under the CDA. A copy of this letter is attached hereto as Exhibit 4.

24. On February 20, 2008, the Community received notice that WAPA's Contracting Officer had made a final decision to deny the Community's CDA claim. A copy of this notice, which was dated February 12, 2008, is attached hereto as Exhibit 5.

25. Because WAPA's Contracting Officer has issued a final decision denying the claim stated by the Community on behalf of itself and all affected allottees, all Plaintiffs have exhausted their administrative remedies and are now entitled to proceed in this Court.

CLASS ALLEGATIONS

26. The Representatives bring this action on their own behalf and as a Class Action under the provisions of Rule 23 of the Rules of the United States Court of Federal Claims on behalf of a Class consisting of all individuals who are beneficial owners of interests in land affected by the subject right-of-way and who are individual Indians who entered into the "Contract and Grant of Easement" creating the subject right-of-way or the successors-in-interest of those individual Indians (or the guardians of same).

27. The Class, which consists of more than 1800 individuals, is sufficiently numerous that joinder of all members is impractical.

28. Questions of law and fact are common to the Class.

29. The Representatives are members of the Class and their claims are typical of the claims of all Class members. As such, the Representatives' interests are coincident with

those of all Class members, and the Representatives, who were elected by popular vote of the Class members, will fairly and adequately protect the interests of the Class.

30. The Representatives are represented by Counsel who are competent and experienced in the prosecution of class action litigation on behalf of individual Indians. Kilpatrick Stockton LLP is an international firm of nearly 500 attorneys, and its Native American Practice Group has significant experience in the representation of Indian tribes and individual Indians. This expertise includes, *inter alia*, representation of the plaintiff class in the ongoing *Cobell v. Kempthorne* litigation pending in the United States District Court for the District of Columbia, Docket No. 96-1285 (JR).

31. WAPA's actions and refusals to act, which serve as the basis for all claims in this action, are generally applicable to all members of the Class.

32. Questions of law and fact common to the Class predominate over any questions affecting only individual Class members.

33. A Class action is superior to any other method for fair and efficient adjudication of all of the legally identical claims implicated in this controversy.

34. No Class members have previously commenced litigation concerning this matter.

35. This action presents no difficulties in management that would preclude maintenance as a Class action.

36. The prosecution of separate actions by each individual member of the Class would create a significant risk of inconsistent or varying adjudications.

37. Many of the individual Class members' claims are small enough that they would not be pursued outside the context of a Class.

## COUNT I

## BREACH OF CONTRACTUAL DUTY TO VACATE AND TO PAY COMPENSATION FOR USE OF RIGHT-OF-WAY AFTER ITS EXPIRATION[1]

38. All allegations set forth in the preceding paragraphs of this Complaint are hereby incorporated by reference as if fully set forth herein.

39. Since the expiration of the right-of-way, WAPA has breached its contractual duty to vacate by continuing to occupy and use the Community and allotted land formerly subject thereto without renegotiating or renewing the Contract and Grant of Easement.

40. WAPA's wrongful use and occupation of the subject land has continued even after the Community, acting on behalf of itself and the individual landowners, notified WAPA of the right of way's expiration and demanded that WAPA vacate the and rehabilitate the land subject to the expired right-of-way. This also constitutes a breach of contract under the CDA.

41. WAPA was and is obligated to pay compensation to the beneficial owners of the affected land for its continued use and occupation of said land since the expiration of the right-of-way.

42. WAPA has continually failed to pay or tender said compensation since the expiration of the right of way, in breach of its contractual duties.

43. The Plaintiffs and members of the Class are entitled to a money damages award against the United States for WAPA's continuing breach of its contractual duty to

[1] The Plaintiffs alternatively contend that WAPA's continuing occupation and use of the easement after the expiration of its fifty-year term renders WAPA liable for the torts of trespass and nuisance. Because this Court lacks jurisdiction over those claims, the Plaintiffs are also filing a separate and subsequent action against WAPA in the appropriate United States District Court.

vacate and its duty to pay compensation for its use of the land subject to the expired right-of-way.

## PRAYER FOR RELIEF

WHEREFORE the Plaintiffs pray the Court as follows:

1. For an Order certifying the Class described herein and certifying the undersigned as Class counsel;

2. For a determination that the United States is liable to the Plaintiffs and the members of the Class in damages for WAPA's breach of its duties to vacate the right-of-way and to pay compensation for its use of the right-of-way since the right-of-way's expiration;

3. For a determination of the amount of damages due to the Plaintiffs and members of the Class, plus interest as allowed by law;

4. That the costs of this litigation, including reasonable attorneys' fees, be awarded to the Plaintiffs; and

5. For such other and further relief as the Court deems just and appropriate.

Respectfully submitted this 16th day of May, 2008.

KEITH M. HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621
E-mail: cmunson@kilpatrickstockton.com
Kilpatrick Stockton LLP
607 14th Street, N.W.
Washington, D.C. 20005

Telephone: (202) 508-5800
Facsimile: (202) 505-5858

R. LEE MANN, III
Georgia Bar No. 469139
E-mail: lmann@kilpatrickstockton.com
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Attorneys for Plaintiffs*