# Exhibit 1

Docket 587
Page 568

CONTRACT SYMBOL AND NUMBER
I61r-2136

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF RECLAMATION

Contract and Grant of Easement

THIS CONTRACT, made this 1st day of August, 1949, pursuant to the *Act of Congress approved June 17, 1902, (32 Stat., 388), and acts amendatory thereof or supplementary thereto, and particularly pursuant to the *Act of Congress approved June 28, 1941 (55 Stat. 336), between THE UNITED STATES OF AMERICA, hereinafter referred to as United States, and Indian allottees and owners of the allotments and lands hereinafter described on the Salt River Indian Reservation, hereinafter collectively referred to as Vendor:

* See letter 1-11-52 encl.

WITNESSETH:

The following grant and the following mutual covenants by and between the parties:

1. For the consideration hereinafter expressed Vendor does hereby grant unto the United States its successors and assigns, the right, privilege and easement to construct, operate and maintain an electric transmission line with all steel towers, cross arms, cables, wires, guys, supports, fixtures and devices used or useful in the operation of said line, through, over and across the allotments and lands of the Vendor in the Salt River Indian Reservation, State of Arizona. The route of said transmission line being more particularly shown and delineated on Drawing PPm-41 (Rev. 10-7-48) attached hereto and by this reference made a part hereof.

2. Said transmission line and every part thereof shall, where it crosses

Vendor's land, be confined to lands within 62½ feet of either side of the hereinabove described center line, ~~except that the United States shall have the right and privilege of placing and maintaining guys and anchorages at greater distances from said center line where reasonably necessary to support said transmission line.~~ /S/ E.A.M.

3. The grant of easement herein contained shall include the right to enter upon said premises, survey, construct, maintain, operate, control and use said transmission line and to remove objects interfering therewith, and the right to permit the attachment of wires of others. Vendor reserves the right to cultivate, use and occupy said premises for any purpose consistent with the rights and privileges above granted and which will not interfere with or endanger any of the equipment of the United States or the use thereof. In case of permanent abandonment of said right of way, the title and interest herein granted shall end, cease and determine. The United States shall use due care in the construction and maintenance of said transmission line.

4. The grant of easement herein contained is subject to existing rights of way for highways, roads, railroads, canals, laterals, ditches, oil and gas pipelines, other electrical transmission lines and telegraph and telephone lines covering any part of the above described land.

5. As complete consideration for the above grant of easement, the United States agrees to pay Vendor a sum to be fixed by the Secretary of the Interior, (which sum shall be established by an appraisal board as are the sums paid for right of way outside the Salt River Indian Reservation) it being understood and agreed that payment or credit to the individual allottees and owners of interests in allotments shall be in the amounts set opposite each signature at the end hereof. It is further understood and agreed that damages

to trees, seedlings, vines and crops of whatsoever nature, caused by construction of said transmission line, shall be compensated for separately on the basis of an appraisal to be made by the Bureau of Reclamation at the time said damages occur. Such appraisal shall be approved by the Secretary of the Interior.

6. No Member of or Delegate to Congress or Resident Commissioner shall be admitted to any share or part of this contract or to any benefit that may arise herefrom, but this restriction shall not be construed to extend to this contract if made with a corporation or company for its general benefit.

IN WITNESS WHEREOF, the parties hereto have caused this agreement to be executed the day and year first above written.

THE UNITED STATES OF AMERICA

By S. A. McWilliams
Project Engineer

BOOK 587 PAGE 571

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 585 G.R.I.D. | Harry Allison Jr. (Franklin Allison) | 559-150-1/18 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 13-2-5 | 1320.88 | 73.39 | 1.49 | 1.49 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 606 G.R.I.D. | Lena Allison (Nadine Allison) | 559-150-1/18 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 13-2-5 | 1320.88 | 73.38 | 1.49 | 1.49 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 67 | Edgar Anton | | $W\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 35-3-5 | 1043.62 | 1043.62 | 22.43 | 22.43 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 63 | His Mark James Anton | 61-1/4 | $E\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 35-3-5<br>$E\frac{1}{2}SE\frac{1}{4}NW\frac{1}{4}$ 35-3-5 | 588.13<br>526.55 | 588.13<br>131.64 | 12.68<br>2.83 | 15.51 |
| | Witness | | | | | | |
| | Witness | | | | | | |

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 62 | Wilson Anton (signed: Wilson Anton)<br>Witness<br>Witness | 61-1/4 | $E\frac{1}{2}SE\frac{1}{4}NW\frac{1}{4}$ 35-3-5 | 526.55 | 131.64 | 2.83 | 2.83 |
| 474 | Agnes Manuel Burns (signed: Agnes Manuel Burns)<br>Witness<br>Witness | 472-1/12 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 12-2-5 | 1319.83 | 109.99 | 2.10 | 2.10 |
| 149 | Ben Chiago (signed: Ben Chiago)<br>Witness<br>Witness | 559-3/18 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 13-2-5 | 1320.88 | 220.14 | 4.46 | 4.46 |
| 7856-ID | Margaret Chiago (signed: Margaret Chiago)<br>Witness<br>Witness | 559-3/18 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 13-2-5 | 1320.88 | 220.14 | 4.46 | 4.46 |
| 271 G.R.I.D. | Daisy Enos (Daisy Ennis) (signed: Daisy Ennis - Daisy Enos) | 208-210-7170-2976-$\frac{451}{7938}$ | $E\frac{1}{2}SW\frac{1}{4}NW\frac{1}{4}$ 1-2-5 | 711.90 | 40.45 | .86 | |
| | | 211-210-7170-2976-$\frac{451}{7938}$ | Lot No. 10 1-2-5 | 1117.05 | 63.47 | 1.36 | |
| | (Mrs. Jasper Baptisto)<br>Witness<br>Witness | 210-7170-2976-$\frac{902}{7938}$ | Lot No. 9 1-2-5 | 405.15 | 46.04 | .98 | 3.20 |

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 238 | By: [signature] Louis Enos (Estate) | 415-6/12 | W½NE¼NW¼ 12-2-5 | 1318.13 | 659.07 | 12.15 | 12.15 |
| | [signature] Witness | | | | | | |
| | [signature] Witness | | | | | | |
| 272 G.R.I.D. | [signature] Iva Ennis | 208-210-7170-2976-451/7938 | E½SW¼NW¼ 1-2-5 | 711.90 | 40.44 | .86 | |
| | [signature] | 212-210-7170-2976-451/7938 | Lot No. 10 1-2-5 | 1117.05 | 63.47 | 1.36 | |
| | Witness [signature] | [illegible]210-7170-2976-902/7938 | Lot No. 9 1-2-5 | 405.15 | 46.04 | .98 | 3.20 |
| | Witness | | | | | | |
| 273 G.R.I.D. | [signature] Olin Ennis | 208-210-7170-2976-451/7938 | E½SW¼NW¼ 1-2-5 | 711.90 | 40.44 | .86 | |
| | [signature] | [illegible]-7170-2976-902/7938 | Lot No. 9 1-2-5 | 405.15 | 46.03 | .98 | |
| | Witness [signature] | [illegible]210-7170-2976-451/7938 | Lot No. 10 1-2-5 | 1117.05 | 63.47 | 1.36 | 3.20 |
| | Witness | | | | | | |
| 3658 G.R.I.D. | [signature] Thelma Ennis (Delma Ray or Anita) | 208-210-7170-2976-524/7938 | E½SW¼NW¼ 1-2-5 | 711.90 | 46.99 | 1.00 | |
| | [signature] | [illegible]210-7170-2976-1048/7938 | Lot No. 9 1-2-5 | 405.15 | 53.49 | 1.14 | |
| | Witness | 211-210-7170-2976-524/7938 | Lot No. 10 1-2-5 | 1117.05 | 73.73 | 1.58 | 3.72 |
| | [signature] Witness | | | | | | |
| 260 | [signature] (Est.) William French No. 1 | | W½SE¼SW¼ 1-2-5 | 1317.74 | 1317.74 | 24.37 | 24.37 |
| | [signature] Witness | | | | | | |
| | [signature] Witness | | | | | | |

587 PAGE 574

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 272 | William Goodwin | 660-All | $W\frac{1}{2}SE\frac{1}{4}NW\frac{1}{4}$ 13-2-5 | 1320.57 | 1320.57 | 26.85 | 26.85 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 347 | Anna Johnson Hill | 208-346- 3969/7938 | $E\frac{1}{2}SW\frac{1}{4}NW\frac{1}{4}$ 1-2-5 | 711.90 | 355.95 | 7.61 | |
| | | 211-346- 3969/7938 | Lot No. 10 1-2-5 | 1117.05 | 558.52 | 12.00 | 19.61 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 755/753 | David Johnson | 355-1/3 | $E\frac{1}{2}SE\frac{1}{4}SE\frac{1}{4}$ 35-3-5 | 1000.93 | 333.64 | 7.18 | 7.18 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 357 | Effie Johnson | 355-1/3 | $W\frac{1}{2}NE\frac{1}{4}SE\frac{1}{4}$ 35-3-5 | 482.41 | 482.41 | 10.35 | |
| | | | $E\frac{1}{2}SE\frac{1}{4}SE\frac{1}{4}$ 35-3-5 | 1000.93 | 333.64 | 7.18 | 17.53 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 877 | John Johnson (his mark) | 878-All | $W\frac{1}{2}NW\frac{1}{4}NE\frac{1}{4}NW\frac{1}{4}$ 36-2-5 | 658.50 | 658.50 | 134.25 | |
| | | | | Removal of adobe house | | 250.00 | 384.25 |
| | Witness | | | | | | |
| | Witness | | | | | | |

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| HER MARK 356 | Mary Johnson | 355-1/3 LI | $W\frac{1}{2}SE\frac{1}{4}SE\frac{1}{4}$ 35-3-5<br>$E\frac{1}{2}SE\frac{1}{4}SE\frac{1}{4}$ 35-3-5 | 631.57<br>1000.93 | 631.57<br>333.65 | 13.58<br>7.17 | 20.75 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 386 | Stephen Jush | 559-150-1/18 LI | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 13-2-5 | 1320.88 | 73.39 | 1.49 | 1.49 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 804 | Elarli Leftic | 417-1/6<br>415-1/12 | $W\frac{1}{2}SE\frac{1}{4}NW\frac{1}{4}$ 12-2-5<br>$W\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 12-2-5 | 1318.13<br>1318.13 | 219.69<br>109.84 | 4.10<br>2.02 | 6.12 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 420 | By: Howard Elsmere Leftic (Absentee) | 415-1/12<br>417-1/6 | $W\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 12-2-5<br>$W\frac{1}{2}SE\frac{1}{4}NW\frac{1}{4}$ 12-2-5 | 1318.13<br>1318.13 | 109.85<br>219.69 | 2.02<br>4.10 | 6.12 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 413 | Samuel Leftic | 415-3/12<br>417-3/6 | $W\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 12-2-5<br>$W\frac{1}{2}SE\frac{1}{4}NW\frac{1}{4}$ 12-2-5 | 1318.13<br>1318.13 | 329.53<br>659.07 | 6.09<br>12.30 | 18.39 |
| | Witness | | | | | | |
| | Witness | | | | | | |

587 PAGE 576

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 2518 G.R. | Lahena Lewis (Longina Lewis) | 211-210-7170-2976-$\frac{1453}{7938}$ LI | Lot No. 10 1-2-5 | 1117.05 | 204.47 | 4.40 | |
| | | 211-210-7170-2976-$\frac{639}{7938}$ | Lot No. 10 1-2-5 | 1117.05 | 89.92 | 1.94 | |
| | (Mrs. Francisco Manuel) | 210-7170-2976-$\frac{2906}{7938}$ LI | Lot No. 9 1-2-5 | 405.15 | 148.31 | 3.16 | |
| | Witness | 210-7170-2976-$\frac{1278}{7938}$ | Lot No. 9 1-2-5 | 405.15 | 65.24 | 1.39 | |
| | | 208-210-7170-2976-$\frac{1453}{7938}$ | $E\frac{1}{2}SW\frac{1}{4}NW\frac{1}{4}$ 1-2-5 | 711.90 | 130.31 | 2.79 | |
| | Witness | 208-210-7170-2976-$\frac{639}{7938}$ | $E\frac{1}{2}SW\frac{1}{4}NW\frac{1}{4}$ 1-2-5 | 711.90 | 57.32 | 1.24 | 14.92 |
| 7567-ID | Addison Manuel | 472- 1/12 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 12-2-5 | 1319.83 | 109.98 | 2.10 | 2.10 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 8171-ID | Edmond Lee Manuel Jr. | 472- 1/12 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 12-2-5 | 1319.83 | 109.99 | 2.10 | 2.10 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| By: 7565-ID | Herman Clay Manuel (Estate) | 472- 1/12 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 12-2-5 | 1319.83 | 109.99 | 2.10 | 2.10 |
| | Witness | | | | | | |
| | Witness | | | | | | |

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 471 | Joseph Manuel | 472- 4/12 LI | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 12-2-5<br>$W\frac{1}{2}SE\frac{1}{4}SW\frac{1}{4}$ 12-2-5 | 1319.83<br>1319.82 | 439.94<br>1319.82 | 8.40<br>26.10 | 34.50 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 467 | Kino Manuel | 777-7626-ID- 2/36 LI<br>781-777-7626-ID-1/36 LI | $N\frac{1}{2}NW\frac{1}{4}NE\frac{1}{4}SW\frac{1}{4}$ 36-2-5<br>$N\frac{1}{2}SW\frac{1}{4}NE\frac{1}{4}SW\frac{1}{4}$ 36-2-5 | 330.0<br>330.0 | 18.5<br>9.2 | 3.62<br>1.81 | 5.43 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 7566 | ID Lorina Lee Manuel (Lorrine) | 472- 1/12 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 12-2-5 | 1319.83 | 109.99 | 2.10 | 2.10 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 8048 | ID Rosetta May Manuel | 472- 1/12 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 12-2-5 | 1319.83 | 109.98 | 2.10 | 2.10 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 7626 | ID Viola Manuel | 781-777- 2/36<br>777- 2/18 | $N\frac{1}{2}SW\frac{1}{4}NE\frac{1}{4}SW\frac{1}{4}$ 36-2-5<br>$N\frac{1}{2}NW\frac{1}{4}NE\frac{1}{4}SW\frac{1}{4}$ 36-2-5 | 330.0<br>330.0 | 18.3<br>36.5 | 3.62<br>7.24 | 10.86 |
| | Witness | | | | | | |
| | Witness | | | | | | |

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 7923 ID | Clyde Matthews<br>Witness<br>Witness | 490-487- 1/5 | $W\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 13-2-5 | 1320.56 | 264.11 | 5.32 | 5.32 |
| 489 | ✓ By:<br>Etta Matthews<br>(Mrs. James Thompson) (Estate)<br>By:<br>Witness<br>Witness | 490-487- 1/5 | $W\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 13-2-5 | 1320.56 | 264.11 | 5.32 | 5.32 |
| 1666 G.R. | Joseph Matthews<br>Witness<br>Witness | 490-487- 1/5 | $W\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 13-2-5 | 1320.56 | 264.12 | 5.32 | 5.32 |
| 4483 G.R. | Lydia Matthews<br>Witness<br>Witness | 490-487- 1/5 | $W\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 13-2-5 | 1320.56 | 264.11 | 5.33 | 5.33 |
| 1665 G.R. | Paul Matthews<br>Witness<br>Witness | 490-487- 1/5 | $W\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 13-2-5 | 1320.56 | 264.11 | 5.33 | 5.33 |

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 518 | Daisy Moore (Her mark)<br>Witness<br>Witness | 559- 9/18 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 13-2-5 | 1320.88 | 660.44 | 13.38 | 13.38 |
| 473 | Edith Paull<br>(Edith Manuel)<br>(Mrs. George Paull)<br>Witness<br>Witness | 627- 1/2 | $W\frac{1}{2}SE\frac{1}{4}SW\frac{1}{4}$ 13-2-5 | 1320.88 | 660.44 | 13.27 | 13.27 |
| 581 | George Paul<br>Witness<br>Witness | 578-580-All | Lot No. 7 24-2-5<br>$W\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 24-2-5 | 524.0<br>1321.07 | 524.0<br>1321.07 | 10.50<br>26.47 | 36.97 |
| Unalloted | By:<br>Augustine Peter (Estate)<br>Witness<br>Witness | 417-1/6 Not Prob.<br>415-1/12 Not Prob. | $W\frac{1}{2}SE\frac{1}{4}NW\frac{1}{4}$ 12-2-5<br>$W\frac{1}{2}NE\frac{1}{4}NW\frac{1}{4}$ 12-2-5 | 1318.13<br>1318.13 | 219.68<br>109.84 | 4.10<br>2.02 | 6.12 |
| 780 | Iva Phillips<br>(Mrs. Ralph Eschief)<br>Witness<br>Witness | 781-777-3/36<br>777-3/18 | $N\frac{1}{2}SW\frac{1}{4}NE\frac{1}{4}SW\frac{1}{4}$ 36-2-5<br>$N\frac{1}{2}NW\frac{1}{4}NE\frac{1}{4}SW\frac{1}{4}$ 36-2-5 | 330.0<br>330.0 | 27.5<br>55.0 | 5.43<br>10.88 | 16.31 |

587 PAGE 580

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 783 | Jones Phillips | 777-3/18 | N½NW¼NE¼SW¼ 36-2-5 | 330.0 | 55.0 | 10.88 | |
| | | 781-777-3/36 | N½S½SW¼NE¼SW¼ 36-2-5 | 165.0 | 165.0 | 33.00 | |
| | Witness | | N½SW¼NE¼SW¼ 36-2-5 | 330.0 | 27.5 | 5.43 | 49.31 |
| | Witness | | | | | | |
| 778 | By Leida Phillips (Estate) | 781-18/36 | N½SW¼NE¼SW¼ 36-2-5 | 330.0 | 165.0 | 32.63 | |
| | | 781-777-6/36 LI | N½SW¼NE¼SW¼ 36-2-5 | 330.0 | 55.0 | 10.88 | |
| | Witness | 777-6/18 LI | N½NW¼NE¼SW¼ 36-2-5 | 330.0 | 110.0 | 21.75 | 65.26 |
| | Witness | | | | | | |
| 779 | Martha Phillips (Mrs. Jose Manuel) | 781-777-3/36 | N½SW¼NE¼SW¼ 36-2-5 | 330.0 | 27.5 | 5.44 | |
| | | 777-6/36 | N½NW¼NE¼SW¼ 36-2-5 | 330.0 | 55.0 | 10.88 | 16.32 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 597 | Mollie Ray (Mrs. Robert Ray) | 61-1/4 | E½SE¼NW¼ 35-3-5 | 526.55 | 131.63 | 2.83 | 2.83 |
| | Witness | | | | | | |
| | HER MARK Witness | | | | | | |
| 599 | Mary Ignacia Roy | | Lot No. 5 2-2-5 | 113.75 | 113.75 | 2.40 | 2.40 |
| | Witness | | | | | | |
| | Witness | | | | | | |

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 7564 ID | Elva Lee Manuel Shaw | 472-1/12 | W½NE¼SW¼ 12-2-5 | 1319.83 | 109.99 | 2.10 | 2.10 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 631 | Memson Sinich | 629-2/3 | W½SW¼NE¼ 35-3-5 | 1105.20 | 736.8 | 15.85 | |
| | | | W½NW¼SE¼ 35-3-5 | 24.86 | 24.86 | .98 | 16.83 |
| | Witness | | | | | | |
| HER MARK | Witness | | | | | | |
| 630 | Mollie Sinich | 629-1/3 LI | E½NW¼SE¼ 35-3-5 | 1125.23 | 1125.23 | 24.23 | |
| | | | W½SW¼NE¼ 35-3-5 | 1105.20 | 368.40 | 7.93 | 32.16 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 945 | Chappo Thomas (HIS MARK) | 946-All | N½SW¼ Lot No. 3 36-2-5 | 312.58 | 312.58 | 68.25 | |
| | | | S½SW¼ Lot No. 3 36-2-5 | 312.58 | 312.58 | 68.25 | 136.50 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 1034 G.R. | Louise Thomas (Mrs. Juan Anton Thomas) (HER MARK) | 61-1/4 | E½SE¼NW¼ 35-3-5 | 526.55 | 131.64 | 2.84 | 2.84 |
| | Witness | | | | | | |
| | Witness. | | | | | | |

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 325-G.R. | By: Sava Malie Terry (Mrs. Daniel Terry) | 627-1/2 Not Prob. (Estate) | $W\frac{1}{2}SE\frac{1}{4}SW\frac{1}{4}$ 13-2-5 | 1320.88 | 660.44 | 13.28 | 13.28 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 962 | George Vest | 917-All<br>916-917-All | $W\frac{1}{2}NW\frac{1}{4}SE\frac{1}{4}NW\frac{1}{4}$ 36-2-5<br>$W\frac{1}{2}SW\frac{1}{4}SE\frac{1}{4}NW\frac{1}{4}$ 36-2-5 | 658.50<br>658.50 | 658.50<br>658.50 | 131.25<br>129.75 | 261.00 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 792 | Louis Vest | | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 1-2-5 | 1317.73 | 1317.73 | 24.75 | 24.75 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 969 | May Vest | | $N\frac{1}{2}NW\frac{1}{4}$ Lot No. 3 36-2-5 | 312.58 | 312.58 | 63.75 | 63.75 |
| | Witness | | | | | | |
| | Witness | | | | | | |
| 6174 G.R.I.D. | Hilda Wellington | 472-1/12 | $W\frac{1}{2}NE\frac{1}{4}SW\frac{1}{4}$ 12-2-5 | 1319.83 | 109.98 | 2.10 | 2.10 |
| | Witness | | | | | | |
| | Witness | | | | | | |

| Allot. No. | Name of Allottee | Allotment Number & Inheritive Interest | Land Description | Length of R/W in feet | Length of R/W Interest | Payment | Total Payment |
|---|---|---|---|---|---|---|---|
| 152 | Rose Chiago<br>Rose Chiago<br>[signature]<br>Witness<br>W. W. Buck<br>Witness | | $E\frac{1}{2}SW\frac{1}{4}NE\frac{1}{4}$ | Centerline does not cross. | | .45 | .45 |



7

CERTIFICATE

I, S. A. McWilliams, do hereby certify that, to the best of my knowledge and belief, the statutory provisions and restrictions and the rights of the United States and third persons under reservations, if any, contained in the Allotment Deeds will not adversely affect the transmission line easement as described in that certain Contract and Grant of Easement dated August 1, 1949 and signed by Allottees of the Salt River Pima-Maricopa Indian Community; that nothing has occurred since October 28, 1949 to adversely affect the Allottees' title thereto; that the Contract and Grant of Easement has been recorded in Docket 587, pages 568 to 590, inclusive, of the Records of Maricopa County, Arizona; that the Contract has been noted on the records of the Bureau of Land Management as Serial Number Arizona 0241, and in the records of the Salt River Pima-Maricopa Indian Agency, Office of Indian Affairs, Department of the Interior.

Dated at Phoenix, Arizona, this 4th day of August, 1950.

S. A. McWilliams

S. A. McWilliams
Project Engineer
Bureau of Reclamation

# CERTIFICATE

I, A. E. Robinson, Superintendent of the Pima Indian Agency, Sacaton, Arizona, do hereby certify that the Grantors signing a certain Contract and Grant of Easement dated August 1, 1949, which grants unto the United States, its successors and assigns, the right, privilege and easement to construct, operate and maintain an electric transmission line with all appurtenances and fixtures, through, over and across the allotment and lands in the Salt River Indian Reservation, State of Arizona, are the sole owners and claimants of the lands, the descriptions of which are set opposite their respective signatures, as shown by the records of the Salt River Pima-Maricopa Indian Agency, and that they are free of incumbrances as shown by those records and any charges or other obligations authorized under the Constitution and By-laws of the Salt River Pima-Maricopa Indian Community.

A. E. Robinson
A. E. Robinson
Superintendent

[illegible] 1950
Dated ____________________

PHOTOGRAPHED COMPARED INDEXED PAGED

STATE OF ARIZONA, County of Maricopa; ss. 49802

I do hereby certify that the within instrument was filed and recorded at request of U. S. Bureau of Reclamation 1950 JUN 27 11 [illegible], Docket 587, Page 588-590, Inc., Records of Maricopa County, Arizona.

WITNESS my hand and official seal the day and year first above written.

ROBIN G. LAVERN
County Recorder

$4.30

P.O.Box 592,Phx.

By /s/ Anna G. Coates,Deputy

5