# Exhibit 2

A full size copy of the attached map can me made available to the Court upon request.


RESERVATION FOR RIGHT OF WAY
SALT RIVER INDIAN RESERVATION
230-KV TRANSMISSION LINE
PRESCOTT TO PHOENIX
BOUNDARY SALT RIVER INDIAN RESERVATION
PRESCOTT — PHOENIX 230-KV TRANSMISSION LINE
PP-41