# Exhibit 3

SALT RIVER
PIMA-MARICOPA INDIAN COMMUNITY
10005 East Osborn Road / Scottsdale, Arizona 85256-9722 / Phone (480) 362-7400 / Fax (480) 362-7593

October 31, 2007

Mr. J. Tyler Carlson
Regional Manager
Desert Southwest Region
Western Area Power Administration
P.O. Box 6457
Phoenix, AZ 85005-6457

Mr. Timothy Weeks
WAPA Administrator
Western Area Power Administration
P.O. Box 281213
Lakewood, CO 80228-8213

Liova D. Juárez, Esq.
General Counsel
Western Area Power Administration
P.O. Box 281213
Lakewood, CO 80228-8213

Office of the General Counsel
David R. Hill, General Counsel (GC-1)
U.S. Department of Energy
Room 6A-245
1000 Independence Avenue, SW
Washington, D.C. 20585

Dear Counsel and Gentlemen:

I am writing to you on behalf of the Salt River Pima-Maricopa Indian Community ("the Community") and as an authorized agent of the members of the Community identified in Exhibit A, attached hereto ("allottees"), with regard to a right-of-way purportedly held by Western Area Power Administration ("WAPA"). This right-of-way serves two 230-kv transmission lines that traverse the Community's land and land in which the allottees either currently possess, or have possessed, an interest during the time period from when the right-of-way expired on March 30, 2000 to present.

According to our records, on August 1, 1949, a project engineer with the Bureau of Reclamation executed a "Contract and Grant of Easement" between the United States and "Indian allottees" providing for the grant of an easement to the United States "to construct, operate and maintain an electric transmission line." (*See* Exhibit B, attached hereto.) In a resolution dated September 21, 1949, the Community Council authorized the construction of a transmission line across certain portions of the Community's land. (*See* Exhibit C, attached hereto.)

On December 17, 1951, Commissioner D.S. Myer approved the right-of-way by endorsing his approval on the map of definite location and stating that the right-of-way is "approved for a period not to exceed 50 years from March 29, 1950." (*See* Exhibit D, attached hereto.) Moreover, regulations approved on August 10, 1951 provide that grants of rights-of-

way for transmission lines shall be for a period not exceeding 50 years. *See* 25 C.F.R. Part 256. In addition, the right-of-way did not recognize, and the Bureau of Reclamation failed to obtain, the requisite consent with respect to three tribal parcels and twenty-five (25) allotments over which the Bureau of Reclamation constructed the transmission line.

In short, WAPA does not have any right to occupy the affected land. **Accordingly, the Community and the allottees demand that WAPA cease and desist its continuing occupation of the affected land and remove the transmission lines traversing the Community's and the allottees' land and restore the land to its original condition.** In addition, pursuant to 28 U.S.C. § 2675, the Community and the allottees hereby present to WAPA their claim of damages for trespass and related claims in the aggregate amount of $129 million. The Community and each allottee claim the portion of that $129 million in the amounts identified in Exhibit A, attached hereto.

If you have any inquiries regarding this matter, please contact Robert L. Hunter, Jr., General Counsel of the Salt River Pima-Maricopa Indian Community at (480) 362-7449. We look forward to your prompt response.

Sincerely,

Diane Enos
President

Attach: Exhibits A-D