# Exhibit 4

# SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY

10005 East Osborn Road / Scottsdale, Arizona 85256-9722 / Phone (480) 362-7400 / Fax (480) 362-7593

November 6, 2007

Mr. J. Tyler Carlson
Regional Manager
Desert Southwest Region
Western Area Power Administration
P.O. Box 6457
Phoenix, AZ 85005-6457

Mr. Timothy Weeks
WAPA Administrator
Western Area Power Administration
P.O. Box 281213
Lakewood, CO 80228-8213

Liova D. Juárez, Esq.
General Counsel
Western Area Power Administration
P.O. Box 281213
Lakewood, CO 80228-8213

Office of the General Counsel
David R. Hill, General Counsel (GC-1)
U.S. Department of Energy
Room 6A-245
1000 Independence Avenue, SW
Washington, D.C. 20585

Dear Counsel and Gentlemen:

I am writing to you on behalf of the Salt River Pima-Maricopa Indian Community ("the Community") and as an authorized agent of the members of the Community identified in Exhibit A, attached hereto ("allottees"), with regard to a right-of-way held by Western Area Power Administration ("WAPA"). This right-of-way serves two 230-kv transmission lines that traverse the Community's land and land in which the allottees either currently possess, or have possessed, an interest during the time period from when the right-of-way expired on March 30, 2000 to present.

According to our records, on August 1, 1949, a project engineer with the Bureau of Reclamation executed a "Contract and Grant of Easement" between the United States and "Indian allottees" providing for the grant of an easement to the United States "to construct, operate and maintain an electric transmission line." (*See* Exhibit B, attached hereto.) In two resolutions dated September 21, 1949, the Community Council authorized the construction and operation of a transmission line across certain portions of the Community's land and approved the amounts appraised for each of the tribal parcels therein identified. (*See* Exhibit C, attached hereto.)

On December 17, 1951, Commissioner D.S. Myer approved the right-of-way by endorsing his approval on the map of definite location and stating that the right-of-way is "approved for a period not to exceed 50 years from March 29, 1950." (*See* Exhibit D, attached hereto.) Regulations approved on August 10, 1951 provide that grants of rights-of-way for transmission lines shall be for

a period not exceeding 50 years. *See* 25 C.F.R. Part 256. The Bureau of Reclamation paid a total of $1,493.66 for use of the allotted lands and $335.75 for use of the Community's land.

Despite the expiration of the right-of-way on March 30, 2000 and the Community's subsequent demand to WAPA to vacate, which the Community and allottees do not withdraw, WAPA has continued to occupy the right-of-way without compensating the Community or the allottees. Accordingly, it is liable to the Community and the allottees in the aggregate amount of $9,511,372.[1] The Community and each allottee claim the portion of that $9,511,372 in the amounts identified in Exhibit A, attached hereto.

The Community and allottees consider this to be a claim in dispute pursuant to the Contract Disputes Act. We request a Contracting Officer's written decision within sixty (60) days as provided in that Act.

Pursuant to 41 U.S.C. § 605 (c)(1), I hereby certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the amount for which WAPA is liable; and I am duly authorized to certify the claim on behalf of the Community and allottees.

If you have any inquiries regarding this matter, please contact Robert L. Hunter, General Counsel of the Salt River Pima-Maricopa Indian Community. We look forward to your prompt response.

Sincerely,

Diane Enos

Diane Enos, President
Salt River Pima-Maricopa Indian Community

[1] Pursuant to 28 U.S.C. § 2675, the Community and allottees presented to WAPA their claim of damages for trespass and related claims in the aggregate amount of $129 million.