# Exhibit 5

**Department of Energy**
Western Area Power Administration
P.O. Box 281213
Lakewood, CO 80228-8213

FEB 12 2008

CERTIFIED MAIL

Diane Enos
President
Salt River Pima-Maricopa
Indian Community
10005 East Osborn Road
Scottsdale, AZ 85256-9722

RECEIVED
FEB 26 2008
SRPMIC
Office of the General Counsel

Dear Ms. Enos:

In a letter dated November 6, 2007, you submitted a claim under the Contract Disputes Act of 1978 (CDA), 41 U.S.C. § 601 et seq., on behalf of the Salt River Pima-Maricopa Indian Community (Community) and as an authorized agent for certain identified Community members (allottees). The claim alleges that the right-of-way over which two Western Area Power Administration (Western) transmission lines traverse the Community's land, and land in which the allottees have or have had an interest, expired on March 30, 2000. The Community and the allottees claim that Western is liable under the CDA in the amount of $9,511,372 for its continued occupation of the right-of-way.

On January 14, 2008, I sent you a letter acknowledging receipt of the claim and informing you that Western would likely issue a decision on the claim within thirty (30) days.

After careful review I reject the claim. It is not clear that a contract subject to the CDA exists here. Regardless, under the CDA, each claim by a contractor shall be submitted within six years after the accrual of the claim. You allege that Western's right to occupy the right-or-way expired on March 30, 2000. However, your claim was not submitted until November 2007, more than seven years later, and you have provided no information explaining why your claim should be considered timely.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claims procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the

agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the CDA regarding Maritime Contracts) within 12 months of the date you receive this decision.

Sincerely,

Steven W. Webber
Contracting Officer and
Lead Realty Specialist

**United States Department of Energy**
Western Area Power Administration
P.O. Box 281213
Lakewood, CO 80228-8213

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RECEIVED
FEB 20 2008
ADMINISTRATION

RETURN RECEIPT
REQUESTED

***CERTIFIED MAIL***™

7005 3110 0002 7986 6636

NEOPOST
US POSTAGE
FEB 15 2008

Diane Enos
President
Salt River Pima-Maricopa
Indian Community
10005 East Osborn Road
Scottsdale, AZ 85256-9722

RETURN RECEIPT
REQUESTED

85256+4019