# Exhibit 5

**Department of Energy**
Western Area Power Administration
P.O. Box 281213
Lakewood, CO 80228-8213

FEB 12 2008

CERTIFIED MAIL

Diane Enos
President
Salt River Pima-Maricopa
Indian Community
10005 East Osborn Road
Scottsdale, AZ 85256-9722

RECEIVED
FEB 26 2008
SRPMIC
Office of the General Counsel

Dear Ms. Enos:

In a letter dated November 6, 2007, you submitted a claim under the Contract Disputes Act of 1978 (CDA), 41 U.S.C. § 601 et seq., on behalf of the Salt River Pima-Maricopa Indian Community (Community) and as an authorized agent for certain identified Community members (allottees). The claim alleges that the right-of-way over which two Western Area Power Administration (Western) transmission lines traverse the Community's land, and land in which the allottees have or have had an interest, expired on March 30, 2000. The Community and the allottees claim that Western is liable under the CDA in the amount of $9,511,372 for its continued occupation of the right-of-way.

On January 14, 2008, I sent you a letter acknowledging receipt of the claim and informing you that Western would likely issue a decision on the claim within thirty (30) days.

After careful review I reject the claim. It is not clear that a contract subject to the CDA exists here. Regardless, under the CDA, each claim by a contractor shall be submitted within six years after the accrual of the claim. You allege that Western's right to occupy the right-or-way expired on March 30, 2000. However, your claim was not submitted until November 2007, more than seven years later, and you have provided no information explaining why your claim should be considered timely.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claims procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the

agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the CDA regarding Maritime Contracts) within 12 months of the date you receive this decision.

Sincerely,

Steven W. Webber
Contracting Officer and
Lead Realty Specialist

United States Department of Energy
Western Area Power Administration
P.O. Box 281213
Lakewood, CO 80228-8213

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RECEIVED
FEB 20 2008
ADMINISTRATION

RETURN RECEIPT REQUESTED

CERTIFIED MAIL™

7005 3110 0002 7986 6636

FEB 15 2008
US POSTAGE

Diane Enos
President
Salt River Pima-Maricopa
Indian Community
10005 East Osborn Road
Scottsdale, AZ 85256-9722

RETURN RECEIPT REQUESTED

85256+4019

ORIGINAL Receipt 068112

RECEIVED
OVER THE COUNTER
MAY 16 2008
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

08-354 C

Plaintiff(s) or Petitioner(s)
The Salt River Pima-Maricopa Indian Community for itself and on behalf of its members, and SEE ATTACHED LIST
If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Keith M. Harper
Firm Name: Kilpatrick Stockton LLP
Post Office Box:
Street Address: 607 14th Street, NW, Suite 900
City-State-Zip: Washington, D.C. 20005
Telephone & Facsimile Numbers: (w) (202) 508-5844; (f) (202) 585-0007

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: D O E
See attached sheet for three-digit codes.

Amount Claimed: $9,511,372
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $______
Is plaintiff a small business? □ Yes □ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

ORIGINAL

FILED
MAY 16 2008
U.S. COURT OF FEDERAL CLAIMS

**ALPHABETICAL LISTING OF PLAINTIFFS PURSUANT TO RCFC 20(A)**

08-354 C

1. Delia Acevedo
2. Darayne Raenell Achin
3. Geraldine Connie Allen
4. Gladine Allison
5. Delmar John Allison
6. Austin Anderson Jr.
7. Burdina Amy Andrews
8. Dorine Ann Andrews
9. Michael Leon Andrews Jr.
10. William Brady Andrews
11. Selma A. Andrews
12. Johanna Jean Andrews
13. Sylvia Jane Anton
14. Melvin Cheerless Anton
15. Antoinette Monica Antone
16. Karenina Julie Antone
17. Lola Annette Antone
18. Ruth Victoria Antone
19. Gary Eric Antone
20. Rena Rose Antone
21. Zenia May Arthur
22. Kandis Dee Balderrama
23. Darlene Banashley
24. Carol Jean Baptisto
25. Yvonne Logan Barley
26. Jerome Dirk Barley Jr.
27. Armando Barley Sr.
28. Adam Boston IV
29. Jennifer Ann Breckenridge
30. Corrida Mae Brown
31. Veronica Ann Monge Bryant
32. Berdina Burke
33. Christin Ellen Burns
34. Harlen Gene Burns
35. Judy Ann Burns
36. Valentino B. Burns
37. Lansford Grady Burns
38. Donna Kay Burns
39. Carmen Renee Burns
40. Lansford E. Burns
41. Steven Rodney Burns
42. Don Milton Burns

43. Deanna Loy Burns
44. Londo Burns
45. Gary Eugene Burns Sr.
46. Stephanie E. Burns-Soliz
47. Mary Louise Cadavas
48. Arthur Edison Cameron
49. Winona Cameron Caraway
50. Laurie Kay Carlisle
51. Durand Carlisle
52. Corey Edward Carlyle
53. Barbara Ann Carrillo
54. Anthony Cashoya Sr.
55. Olympia Chiago
56. Martin Chiago
57. Sanford Darrell Chiago
58. Neil Lyle Chiago
59. Clara F. Chiago
60. Diana Carol Churchill
61. John D. Collins III
62. Allyson Crystina Collins
63. Cynthia Sue Coops
64. Marvin Gerod Coops
65. Veronica Jean Coops
66. Debbie Marie Coops
67. Barbara Ann Coops
68. Gladys Joann Cortez
69. Elva Lynn Craig
70. Ricky Lee Davis
71. Kimberly Anne Davis
72. Marla Jolene Davis
73. Kristy Lynn Davis
74. Michelle Renee Davis
75. Noreen K. Davis
76. Dawn Lee Davis
77. Leroy P. Davis Sr.
78. Brenda Lee De Mers
79. Donald Ray Dean
80. Anthony Dean
81. Stephanie Georgina Dean
82. Cheryl Jan Dugan
83. Wallace Dugan Jr.
84. Kirby Clinton Dugan Sr.
85. Darius Francis Edwards
86. Muranda Arlene Emerson
87. Brenda Joyce Enas

88. Burleigh Enas
89. Lucinda Lorena Enas
90. Adrienne Enas
91. David E. Enas
92. Arlo Rodney Eschief
93. Hazel Joyce Escobedo
94. Veronica Edwina Figueroa
95. Keilani Lynn Flores
96. Cynthia M. Flores
97. Gary Edward French
98. Connie Sue French
99. Raymond Herman French
100. Marja Liisa French
101. Patricia A. Fulwilder
102. Madzina Johnson Galvan
103. Rocynthia Gail Garcia
104. Luciana Juan Garza
105. Gilbert Juan Garza
106. Leroy Juan Garza
107. Samuel Juan Gasdia
108. Epifanio Gonzales
109. Reuben Gonzales
110. Daniel Woodrow Gonzales
111. John Gonzales
112. Thomas Michael Gonzales
113. Ralph Gonzales
114. Henry Denton Gonzales
115. Jamie Trinidad Gonzales Jr.
116. Alfred Gonzales Jr.
117. Paula Jolene Gonzalez
118. Wilma Cameron Goodrich
119. Geneva Ann Goodwin
120. Debra Grajales
121. Diane Elaine Grijalva
122. Martin Gary Harris
123. Ambrose Harris
124. Alfred Gregg Harris
125. Raymond Harris
126. Darrell Keith Harris
127. Victoria Ann Harrison
128. Ruth Harvier
129. William Carlyle Haynes
130. Amy E. Hernandez
131. Eliseo Ramon Hernandez
132. Frelan Joe Howard

133. Perry Allen Howard
134. Rechanda Jacquelyn Howard
135. Reginald Iry Howard
136. Steven James Hunt
137. Johnny Dave Jackson
138. Bonita Monica Jackson
139. Danielle Lee Jackson
140. Shannon Christy Jackson
141. Melinda Jackson
142. Jill Jackson
143. Kenny Jackson
144. Doobie Jackson
145. Milburn Victor Jackson
146. Anne Jackson
147. Lisa Jackson
148. Orrin Alfred Jackson
149. Turnner Gene Jackson
150. Cornel Jackson
151. Laura Marie Jackson
152. Derek Percy Jackson
153. Kathleen Jackson-Norris
154. Daniel Owen James Molina
155. Cindy Ann James
156. Joyce Ann Jefferson
157. Donna Mae Johns
158. Phyllis Ann Johns
159. Peggy Ann Johns
160. Marvin Jack Johns
161. Robert Dewitt Johns Jr.
162. Amanda Gerry Johnson
163. Gerard Johnson
164. Gardell Johnson
165. Mary Ann Johnson
166. Garland Johnson
167. Kenny Johnson
168. April Lynn Johnson
169. Diana Johnson
170. Leslie Roland Johnson Sr.
171. Delores Kay Jose
172. Kevin Duane Jose
173. Winston Earl Jose Jr.
174. Helena Joyce Jose-Krech
175. Alberta P. Juan
176. Rema Juste
177. Deann Geraldine J. Kavoka

178. Lorrain Kavoka
179. Edward Henry Kavoka
180. Arthur Kavoka
181. Christopher Kavoka
182. Sarah M. Kavoka-Valenzuela
183. Ricardo Dell King
184. Patricia King
185. Judy Ann King
186. Phyllis Georgena King
187. Frances E. Kisto
188. Herschell Dean Kisto
189. Thelma Kisto
190. Bernadine Lewis Kisto
191. Lorna Ruth Klose
192. Janet Marie Kyyitan (White)
193. Denise Fredericka Leonard
194. Donald Patricia Leonard
195. Aurelia Mae Lewis
196. Myrna Lewis
197. Eric Lewis
198. Cyrus Langsford Lewis
199. Pamela D. Lewis
200. Sharon Kay Lewis
201. Barnaby V. Lewis
202. Hazel Gilda Lewis
203. Tracy Wayne Lewis
204. Mateo Theo Lewis
205. Doris Cecelia Lewis
206. Edward Jay Lewis
207. Bonnie Kay Lewis
208. Calvin Arian Lewis
209. Verigan Ruben Lewis
210. Alvin Dwayne Lewis
211. Roxie Anna Lewis
212. Lancelot D. Lewis
213. Julia Ann Lewis
214. Erica Renee Lewis
215. Monroe Lewis
216. Ray Clavenger Lewis Jr.
217. Florice Madelyne Lewis-Shaw
218. Caroline Susan Leyva-Coops
219. Charlene E. Lopez (Jackson)
220. Avery Allen Losey
221. Roselene Janell Lovelace
222. Gloria Jeanetta Ludlow

223. Bobbie Rose Lyons
224. Ronald Leo Mack
225. Curtis Mack
226. Beatrice Marie Mack
227. Aaron Joseph Mack
228. Janice Makil
229. Thomas Makil Jr.
230. Leona Iris Maldonado
231. Beverly Jean Manuel Juan
232. Erwin T. Manuel
233. Sharon Cough-Manuel
234. Rosemary Morreo Manuel
235. Coleman K. Manuel
236. Yolanda Lynn Manuel
237. Allen Roderick Manuel
238. Eric Shane Manuel
239. Charlene Sue Manuel
240. Glenda Louise Manuel
241. Shirlene Eleanor Manuel
242. Gary T. Manuel
243. Brenda Elaine Manuel
244. Benton Manuel
245. Royce Manuel
246. Bonnie Lou Manuel
247. Elliot Manuel
248. Milton Francis Manuel
249. Lalena Jae Manuel
250. Janice Faith Manuel
251. Barton Manuel
252. Sterling Manuel Sr.
253. Delroy Manuel Sr.
254. Gilbert G. Manuel Sr.
255. Julia Dorothea Marrietta
256. Edwin Claude Marrietta
257. Anthony Robert Marrietta
258. Vera Jane Marrietta
259. Donna Belva Marrietta
260. Permelia E. Marrietta
261. Belva Jean Martinez Sampson
262. Richell Chandrez Martinez
263. Joseph Lee Matthews
264. Eleanor Lewis Matthews
265. Eric Matthews
266. Darin Keith Matthews
267. Harlan D. Mcdonald

268. Everett L. Mcdonald
269. Richard McDonald
270. Dorene McDonald-Gutierrez
271. David McKay
272. Laurie Ann Memson
273. Michelle Lenora Memson
274. Agnes Lorayy Miguel
275. Andrew Lemuel Miguel
276. Desiree Michele Miguel
277. Alberta Peters Miguel
278. Dinah Lynne Miguel
279. Mary Denise Miguel
280. Jeanette Lucille Milda
281. Melvin Frederick Milda
282. Ethel Leona Miles
283. Denny Lee Miles
284. Kervin Miles
285. Gabriel Wayne Miles
286. Lana Raye Molina
287. Virgil Ray Molina Sr.
288. Valentino Noriega Monge
289. Vanessa Anna Monge
290. Virginia Ann Monge
291. Violet Ann Monge
292. Vincent A. Monge
293. Madeline Moristo
294. Gail Normal Mull
295. Delores Clair Munoz
296. Deljean Lois Narcia
297. Alta Jean Navarro
298. Johanna Marie Norris
299. Justin Lee Norris
300. Jason Dana Norris
301. Sophia Marie Norris
302. Dylan Joseph Norris
303. Sandra Kay Norton
304. Jesse Walter Orbina
305. Benrita Ortiz
306. Raymond Lamont Osif
307. Timi Marie Osif
308. Larry Osif
309. Colleen Kaye Osif
310. Norman Osif Jr.
311. Percy Lee Osif
312. Juanita Faye Pablo

313. Arlene Leona Pacheco
314. Leroy Patrick Jr.
315. Kent George Paul
316. Jennifer Edna Paul
317. Edwin L. Paul Jr.
318. Patricia Iris Pearson
319. Tammie Peeples
320. Roberta Perez
321. Betty Louise Perez
322. Gladys Dorothy Perkins
323. Delberta Phillips
324. Marshall Darryl Phillips
325. Brady Ira Phillips
326. Russell Leroy Phillips
327. Bessie Ann Phillips
328. Christopher Regis Phillips Sr.
329. Cynthia Pinckney
330. Mark Porter
331. Valencia Bentina Ramon
332. Christina Ray
333. Kerry Gene Ray
334. Russell Clinton Ray
335. Delbert Warren Ray Sr.
336. Clifford Evans Ray Jr.
337. Harry John Ray Jr.
338. Jonah Fred Ray Jr.
339. Stephanie Renteria
340. Effrem Emory Rhoades
341. Eric Floyd Rhoades
342. Harrison W. Rhoades
343. Effie Lee Rhoades
344. Ethel Lorna Rhoades
345. Lisa Marie Rhoades-Soqui
346. Emaline Etta Rhodes
347. Deven Arless Richards (Spex)
348. Harlan Richards
349. Hernandez Felix Richards
350. Michael Amos Richards
351. Georgina Richards
352. Amanda Ellen Rivers
353. Theodore Eugene Rivers
354. Gloria Gale Rivers
355. Anita Rivers
356. Leonard Gilbert Rivers
357. Hazel Juanita Rivers

358. Evelyn Sue Rivers
359. Linda Ann Rivers
360. Mervin Lee Roberts
361. Lawrence John Robinson
362. Marilyn Robles
363. Sheila Lavonne Romero
364. Rosanna Roy
365. Susan Jane Roy
366. Randall Leontine Ruiz
367. Ardell Augustus Ruiz
368. Blodwin Lee Ruiz-Curran
369. Lawanda Lucille Ruiz-McBroom
370. Yolanda Joyce Ruiz-Wilson
371. Elmira J. Russell
372. Carlotta June Salinas
373. Willard Gordon Sampson III
374. Lina Pablo Sampson
375. Timothy Joel Sampson
376. Joyce Marlene Sampson
377. Bradford Dale Sampson
378. Willardine Ione Sampson
379. Lynford Ray Sampson
380. Tammy Lois Sampson
381. Jonathan Peter Sampson
382. Vernice Cheryl Sampson
383. Chris Georgette Sampson
384. Monica Gayle Sampson
385. Jeanie Lee Sanchez-Chiago
386. Louis Sandoval
387. Rosanna Sandoval
388. Audrey Angeline Santo
389. Burleigh Clevenger Saunders Sr.
390. Matthew David Saunders Sr.
391. Ryan Lee Schurz
392. Corrine Ann Sekayouma
393. Dennis Edmund Senich
394. Laura Gail Smith
395. Bernadette M. Smith
396. Roselyn Marie Smith
397. Dwayne Mitchell Smith
398. Larue Renee Smith
399. Lynwood Allen Smith
400. Corrine Smith-Sampson
401. April Ann Soos
402. Carol Lynne Soos

403. Vernita Faye Soto
404. Ernie Gilbert Stacey
405. Colleen Donna Stacey
406. Tracy Marie Stacey-Pope
407. Melvin Shaw Step
408. Amanda Cleo Stevens
409. Esther Helen Stifanos
410. Cedric Dean Stone
411. Mindy Stone
412. Alvin Anthony Stone
413. Verlinda Blue Stone
414. Everett P. Stone Sr.
415. Randy Larnell Stone Sr.
416. Deljean Moore Sundust
417. Garrett Lee Tahmahkera
418. Monroe Wilson Tahmahkera
419. Sheila Barbara Tanner
420. Carlton Henry Terry
421. Olga Laverne Terry
422. Danny Terry
423. Mary Ruhama Terry
424. Lee Fernando Terry
425. Caroline Joyce Terry
426. Leonard Cecil Terry
427. Lancer Richard Ansel Joseph Thomas
428. Edward Franklin Thomas
429. Tyrone Dayton Thomas
430. Terrence Mendal Thomas
431. Laurie Thomas
432. Marcus Thomas
433. Barbara Thomas
434. Travis Carlton Thomas
435. Brooke Courtney Thomas
436. Gloria Ann Thomas
437. Crystal Marie Thomas
438. Jonathan Thompson
439. Pamela Thompson
440. Richard Dean Thompson
441. Edmund Leroy Thompson Sr.
442. Wilma Ruth Thurman (Pablo)
443. Bryon Timer
444. Kathryn Toney
445. Nadine Torres
446. Angelita Mae Toya
447. Adeline Tracy

448. Danny Valencia Sr.
449. Raymond Valencia
450. Laura Ann Valencia
451. Janell Fern Osif Valencia
452. Patrick Valencia Sr.
453. Lucille E. Thomas Valenzuela
454. Cecilia Ann Vasquez
455. Anthony Daniel Vavages
456. Myrna R. Vest
457. Gilmore Haynes Vest
458. Edmund Vest
459. Russell Anthony Vest
460. Betty Ann Vest
461. Marcianna Vest
462. Vernon Vest
463. Gloria Jean Vest
464. Rhonda Marie Vest
465. Wilbur Vest Jr.
466. Adele Mack Walker
467. Dorothy Walker
468. Leon Washington
469. Hubert Washington
470. Merle Jean Washington
471. Celestina Leona Washington
472. Allen Ray Washington
473. Janice Marie White
474. Gerald Thomas White
475. Leander Gabriel White Jr.
476. Daniel Williams
477. Gregory Williams
478. Gerald Williams
479. Clifford Williams
480. Tillman R. Williams
481. Barbara Wood