# RESOLUTION

WHEREAS, The Department of the Interior, Bureau of Reclamation, Parker Dam Power Project, is planning a 230-kv transmission line between Prescott and Mesa, Arizona; and

WHEREAS, they were authorized by Resolution dated March 5, 1948, to make a survey beginning at a point on the Northern boundary line of the Salt River Reservation in Section 35, Township 3 North, Range 5 East, thence Southeast to a point in Section 1, Township 2 North, Range 5 East, thence South through Sections 12, 13, 24, 25 and 36, all in Township 2 North, Range 5 East, G. & S. R. B. & M.; and

WHEREAS, this survey has been completed and appraisals made for the land which is Tribal and Allotted and they have secured the signatures of the Allottees concerned and the Tribal Council has approved of the amounts due the tribe for Tribal lands, by Resolution dated ~~June 7~~, 1949; and
29 September 21. E.B.

WHEREAS, they have filed their application for a right of way and they have agreed that damages of personal property for trees, seedlings, vines and crops of whatsoever nature, caused by the construction of said transmission line, shall be compensated for separately on the basis of an appraisal to be made by the Bureau of Reclamation at the time said damages occur.

NOW THEREFORE, BE IT RESOLVED by the Salt River Pima-Maricopa Indian Community Council that the Bureau of Reclamation, Parker Dam Power Project, be and hereby is authorized to construct, operate and maintain a 230-kv transmission line over and across the Salt River Reservation upon the terms and agreements signed by the Allottees and approved by this Council, and the President be and hereby is authorized and directed to execute any papers that may be necessary to carry this Resolution into effect.

DONE on this 21 day of September, 1949.

RESOLUTION received a vote of 4 for, and a vote of 0 against (0 not voting, 3 absent). Resolution therefore is approved.

[signature]
President

ATTEST:

[signature] Eugene Buck
acting Secretary

APPROVED:

[signature] Acting Superintendent

SEP 26 1949